197 So. 81

### Andrew WILKINS v. STATE.

#### I Div. 106.

Supreme Court of Alabama.

June 27, 1940.

George A. Sossaman, of Mobile, for petitioner.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of Andrew Wilkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Wilkins v. State, 29 Ala.App. 349, 197 So. 75.

Writ denied.

GARDNER, C. J., and BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.

197 So. 67

### Ed WILLIS v. STATE.

#### 8 Div. 56.

Supreme Court of Alabama.

June 27, 1940.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the motion.

Bradshaw & Barnett, of Florence, and Wm. Stell, of Russellville, opposed.

LIVINGSTON, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Willis v. State, 29 Ala.App. 365, 197 So. 62.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

197 So. 70

### J. C. GOODSON v. STATE.

#### 4 Div. 159.

Supreme Court of Alabama.

June 27, 1940.

Fleming & Paul, of Elba, for petitioner.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for respondent.

GARDNER, Chief Justice.

Petition of J. C. Goodson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Goodson v. State, 29 Ala.App. 389, 197 So. 69.

Writ denied.

THOMAS, BROWN, and KNIGHT, JJ., concur.